GENERAL GRAIN, INC. *v.* GOODRICH ET AL.

[No. 30,776. Filed June 22, 1967. Rehearing denied September 26, 1967.]

PER CURIAM.—By reason of the decision in General Grain, Inc., v. Goodrich, et al., No. 19933, in which we denied transfer, this appeal for civil contempt, based upon the judgment which was reversed, is therefore without merit.

The judgment of the trial court from which this appeal is taken is therefore reversed, with directions to enter judgment for the appellant.

Dated at Indianapolis, Indiana this 22nd day of June, 1967.

NOTE.—Reported in 227 N. E. 2d 445.